```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-40895 LT |
| **JOAO BATISTA DASILVA and TANA KIRKHUFF COULTER,** | Chapter 13 |
| Debtors. | MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF <u>DEADLINE TO REQUEST A HEARING</u> |

The above-named debtors apply to the court for an order modifying their Chapter 13 Plan as follows:

Starting in November 2008, Debtors' plan payments shall be $1,400.00 per month, increasing in September 2009 to $2,500.00 per month for the remaining 42 months of the plan. Debtors shall surrender their Dodge Ram to Chrysler Financial, with the remaining claim to be treated as unsecured. Debtors shall surrender their jet ski and jet ski trailer to GE Money Bank, listed in Debtors' Schedules as GE Money Bank and in Claim #15 as GE Consumer Finance for GE Money Bank dba Hayward Honda Suzuki, with the remaining claim to be treated as unsecured. All plan arrears shall be forgiven.

The modification is sought on the following grounds: The income from Debtors' hauling business has decreased.

Motion to Modify Chapter 13 Plan;  Page 1 of 2
Notice to Creditors of Deadline to
Request a Hearing

**NOTICE IS HEREBY GIVEN:**

(i) That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty (20) days of mailing of this notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the undersigned will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: November 8, 2008     /s/ Corrine Bielejeski
CORRINE BIELEJESKI
Attorney for Debtors

Motion to Modify Chapter 13 Plan;     Page 2 of 2
Notice to Creditors of Deadline to
Request a Hearing

Case: 08-40895   Doc# 18   Filed: 11/10/08   Entered: 11/10/08 10:13:55   Page 2 of 2