```
PATRICK L. FORTE
State Bar #80050
CORRINE BIELEJESKI
State Bar #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510)n 763-8354

Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Chapter 13 |
| JOAO BATISTA DaSILVA<br>TANA KIRKHUFF COULTER | No. 08-40895 LT13 |
| Debtors.<br>_____/ | **MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF <u>DEADLINE TO REQUEST A HEARING</u>** |

    The above named debtors request that their Chapter 13 Plan be modified as follows:

    Commencing in March, 2009, debtors' plan payments shall be $400.00 per month. Debtors shall surrender their 2006 Dodge Ram, 2007 Bobcat Tractor and the 2005 Sea Doo Jet Ski and Trailer to CHRYSLER FINANCIAL, INGERSOL RAND, and GE MONEY BANK, respectively. Their remaining claims shall be treated as unsecured. All plan arrearages shall be forgiven.

    The modification is sought on the following grounds:

    TANA KIRKHUFF COULTER, has yet to find a job and the income from debtors' hauling business has decreased by half.

    NOTICE IS HEREBY GIVEN:

    (i) That Local Rule 9014-1 of the United States Bankruptcy Court

Page 1 of 2

Case: 08-40895   Doc# 33   Filed: 02/12/09   Entered: 02/12/09 12:54:01   Page 1 of 2

1 for the Northern District of California prescribes the procedures to be
2 followed and that any objection to the requested relief, or a request for
3 hearing on the matter must be filed and served upon the undersigned
4 within twenty (20) days of mailing of this notice;
5      (ii)  That a request for hearing or objection must be accompanied by
6 any declarations or memoranda of law the party objecting or requesting
7 wishes to present in support of its position;
8     (iii)  That if there is not a timely objection to the requested relief
9 or a request for hearing, the Court may enter an order granting the
10 relief by default; and
11     (iv)  That the undersigned will give at least ten (10) days written
12 notice of hearing to the objecting or requesting party, and to any
13 trustee or committee appointed in the case, in the event an objection or
14 request for hearing is timely made.
15      Dated: February 10, 2009.

                                    /s/ Corrine Bielejeski
                                    Corrine Bielejeski
                                    Attorney for Debtors