

```
1  PATRICK L. FORTE,#80050
   CORRINE BIELEJESKI, #244599              Signed: September 18, 2009
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328              _____
4  Facsimile: (510) 763-8354                    LESLIE TCHAIKOVSKY
                                                U.S. Bankruptcy Judge
5  Attorneys for Debtors             _____
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-40895 LT |
| **JOAO BATISTA DASILVA and TANA KIRKHUFF COULTER,** | Chapter 13 |
| | **ORDER MODIFYING PLAN** |
| Debtors. | |
| _____/ | |

Debtors having served a Motion to Modify Chapter 13 Plan, and any objections thereto having been withdrawn, and good cause appearing therefor;

IT IS ORDERED that Debtors' Chapter 13 plan be, and is, modified as follows: Debtors will pay the sum of $400.00 per month, commencing March, 2009. Debtors shall surrender their 2006 Dodge Ram, 2007 Bobcat Tractor, and 2005 Sea Doo Jet Ski and Trailer to Chrysler Financial, Ingersol Rand, and GE Money Bank, respectively. All plan arrearages shall be forgiven.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |

3  **DEBTOR'S ATTORNEY**
   Patrick L. Forte, Esq.
4  One Kaiser Plaza, #480
   Oakland, CA 94612

6  **CHAPTER 13 TRUSTEE**
   Martha G. Bronitsky
7  P.O. Box 5004
   Hayward, CA 94540

   US TRUSTEE
9  1301 Clay St. #690N
   Oakland, CA 94612